MAHONING COUNTY BAR ASSOCIATION *v.* THEOFILOS.

[Cite as Mahoning Cty. Bar Assn. *v.* Theofilos (1989), 43 Ohio St. 3d 610.]

(No. D.D. 87-12—Submitted April 26, 1989—Decided June 14, 1989.)

ON APPLICATION FOR REINSTATEMENT.

The application for reinstatement to the practice of law is granted. Gus K. Theofilos is reinstated to the practice of law in the state of Ohio.

(For earlier case, see [1988], 36 Ohio St. 3d 43, 521 N.E. 2d 797.)

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.